AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 237, an individual, ) <br> *Plaintiff* ) <br> v. ) <br> UBER TECHNOLOGIES, INC., Delaware ) <br> Corporation; RASIER, LLC, a Delaware Limited ) <br> Liability Company; RASIER-CA, LLC, a Delaware ) <br> Limited Liability Company; and DOES 1 through 50, ) <br> Inclusive, ) <br> *Defendant* | Case No. 3:23-cv-03973-CRB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC

Date: September 11, 2023

*/s/ Paul Alarcon*
*Attorney's signature*

Paul A. Alarcon 275036
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Paul.Alarcon@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*