AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jane Doe LS 237 | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-03973-CRB |
| Uber Technologies, Inc., et al. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Hector Horlandy Mier | ) |
| *Third-party defendant* | ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Hector Horlandy Mier
12130 Sandal Creek Way
Orlando, FL 32824

    A lawsuit has been filed against defendant  Uber Technologies Inc.etal , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Jane Doe LS 237 .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

  Randall S. Luskey, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 535 Mission Street, 24th Floor, San Francisco, CA 94105

  Maria R. Salcedo, SHOOK, HARDY & BACON L.L.P., 2555 Grand Blvd., Kansas City, MO 64108

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Rachel Abrams, Adam B. Wolf, PEIFFER WOLF CARR KANE CONWAY & WISE, L.L.P., 555 Montgomery Street, Suite 820, San Francisco, CA 94111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:23-cv-03973-CRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: